UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA LLC,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU AMERICA, INC., et al.,<br><br>Defendants. | Case No. 17-cv-02109-SK<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court HEREBY VACATES the Case Management Conference scheduled for March 29, 2021 and CONTINUES the STAY. The parties shall notify the Court of the ruling in Delaware on the 35 U.S.C. § 101 invalidity issue within five days of the ruling.

**IT IS SO ORDERED**.

Dated: March 24, 2021

_____
SALLIE KIM
United States Magistrate Judge