UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FUJITSU AMERICA, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 17-cv-02109-SK<br><br>**ORDER FURTHER CONTINUING STAY** |

　　　　The Court HEREBY FURTHER CONTINUES the STAY pending the appeal of the Delaware Court order on the 35 U.S.C. § 101 invalidity issue to the Federal Circuit. The parties shall file a status report concerning the status of the appeal in the Federal Circuit within four months or within ten days of an opinion from the Federal Circuit, whichever is sooner.

　　　　**IT IS SO ORDERED**.

Dated: September 7, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge